1  J. Steven Sparks/Bar No. 015561
   Nicholas A. Bender/Bar No. 027271
2  **SANDERS & PARKS, P.C.**
   3030 North Third Street, Suite 1300
3  Phoenix, AZ  85012-3099
   Direct Phone:  (602) 532-5769
4  Steve.Sparks@SandersParks.com
   Nicholas.Bender@SandersParks.com
5
   *Attorneys for Defendant Stillwater Insurance*
6  *   Company, f/k/a Fidelity National Insurance*
   *   Company*
7
                    IN THE UNITED STATES DISTRICT COURT
8
                          FOR THE DISTRICT OF ARIZONA
9

| | |
|---|---|
| JANICE LANGE, | Case No. _____ |
| Plaintiff, | |
| v. | |
| STILLWATER INSURANCE COMPANY, f/k/a FIDELITY NATIONAL INSURANCE COMPANY , | **DEFENDANT STILLWATER INSURANCE COMPANY'S NOTICE OF REMOVAL** |
| Defendant. | |

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and (b), and 1446, Defendant Stillwater Insurance Company, fka Fidelity National Insurance Company, ("Stillwater") removes this action from Maricopa County Superior Court in Arizona to this Court based on diversity jurisdiction.  In that regard, Defendant states as follows.

1.     On or about September 16, 2014, Plaintiff Janice Lange filed a lawsuit in Arizona state court against Stillwater in a case styled *Janice Lange v. Stillwater Insurance Company fka Fidelity National Insurance Company*, Superior Court of Arizona, Maricopa County, No. CV2014-095579.  A complete copy of all pleadings and other documents filed in the state court proceedings in this matter is attached as Exhibit A, along with a verification of counsel attesting to the completeness and accuracy of Exhibit A.

2. In her Complaint, Plaintiff alleges that "[t]his matter revolves largely around a first party insurance dispute regarding the extent of damages and amount of loss suffered to the Plaintiff's property (the 'Property') in this matter;" that she "owns the Property, which is located at 1904 W. Cortez Cir., Chandler, Arizona, 85224;" and that she "is an individual whose residence is located in the City of Chandler, Maricopa County, Arizona." (Ex. A, Compl. ¶¶ 1-2, 17.)

3. Upon information and belief, Plaintiff is a citizen of Arizona for the purposes of 28 U.S.C. § 1332.

4. Stillwater is a California corporation with its principal place of business in Jacksonville, Florida. (Ex. B, Decl. of Dane Spurgeon.)

5. Stillwater is thus not a citizen of Arizona for purposes of 28 U.S.C. § 1332.

6. There is complete diversity of citizenship between Plaintiff and Stillwater.

7. Plaintiff did not request a specific amount of damages in her Complaint, presumably due to Rule 8(g) of the Arizona Rules of Civil Procedure, which states that for cases not involving a sum certain, the pleading shall not specify the amount of damages sought. But Plaintiff did file a certificate in which she contends that her damages in this case exceed the $50,000 limit for mandatory arbitration in Maricopa County. (Ex. C, Cert. of Compulsory Arb.; A.R.S. § 12-133; Rule 3.10, Local Rules of Practice, Superior Court, Maricopa County.) Plaintiff's Complaint alleges the following claims: (1) breach of contract; (2) breach of implied covenant of good faith and fair dealing; bad faith; (3) breach of fiduciary duty; (4) unfair and deceptive acts; (5) misrepresentation; (6) waiver and estoppel; (7) unfair practices and frauds; (8) timely payment of claims; (9) Arizonan Consumer Fraud Act: ¶¶ 44-1521 through 44-1534; and (10) negligence, common law fraud, misrepresentation & nondisclosure. In addition, Plaintiff has alleged that Stillwater has caused him damage "that far exceeds the minimum jurisdictional limits of this court," damages that include "actual damages, consequential damages, compensatory damages, punitive damages, prejudgment interest, additional statutory

damages, post judgment interest, reasonable and necessary attorney fees, court costs and for all such other relief, general or specific, in law or in equity." (Ex. A., Compl. ¶¶ 55, 58.)

8. Based on the above-information, the amount-in-controversy requirement is satisfied. *See Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996) (holding that where plaintiff's complaint does not specify amount of damages, removing defendant need only show that it is "more likely than not" that amount in controversy exceeds jurisdictional amount).

9. If Plaintiff initially had filed this lawsuit in federal court, this Court would have had diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

10. Removal is thus proper under 28 U.S.C. § 1441(a), (b), and § 1446.

11. This Notice of Removal is filed within the 30-day time limit set forth in 28 U.S.C. § 1446(b).

12. Removal has been perfected within one year of the commencement of the action as required by 28 U.S.C. § 1446(b).

13. Pursuant to 28 U.S.C. § 1446(d), Stillwater is serving (or has served) all adverse parties with a copy of this Notice of Removal.

14. Pursuant to 28 U.S.C. § 1446(d) and Federal Local Rule 3.7, Stillwater is concurrently filing a copy of this Notice of Removal with the clerk in the state court action.

15. Pursuant to Federal Local Rule 3.7, true and complete copies of all pleadings and other documents filed in the state court proceeding prior to this Notice of Removal are being filed herewith in this Court under Exhibit A.

Stillwater respectfully requests that this cause of action be removed from the state court to this Court.

1  **RESPECTFULLY SUBMITTED** this 19th day of November, 2014.

2  **SANDERS & PARKS, P.C.**

By   /s/ J. Steven Sparks
   J. Steven Sparks
   Nicholas A. Bender
   3030 North Third Street, Ste. 1300
   Phoenix, AZ  85012-3099
   *Attorneys for Defendant Stillwater Insurance Company, f/k/a Fidelity National Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19th, 2014, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chad A. Schaub
**SCHAUB LAW FIRM, PLLC**
1755 S. Val Vista Drive, Suite 200
Mesa, Arizona  85204
chad@schaubfirm.com
*Attorneys for Plaintiff*


By   */s/ Lisa Franceschi*